AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Northern Mariana Islands

F I L E D
Clerk
District Court

JUL 30 2026

for the Northern Mariana Islands
By _____
(Deputy Clerk)

GUILIANG HUANG

_Petitioner_

v.

SERGIO ALBARRAN, ET AL.

_Respondent_

)
)
)
)
)
)

Civil Action No.  1:26-cv-00013

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

☐  the plaintiff _(name)_ _____ recover from the defendant _(name)_ _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____ recover costs from the plaintiff _(name)_ _____.

☑  other:    Judgment is entered in favor of Petitioner Guiliang Huang.

This action was _(check one)_:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Ramona V. Manglona   on   Petition for Writ of Habeas Corpus, ECF No. [1]. See Decision and Order Granting Petition for Writ of Habeas Corpus, ECF No. [14].

Date:    July 30, 2026

CLERK OF COURT

_____
_Signature of Clerk or Deputy Clerk_